| | |
|---|---|
| 1 | THE KARLIN LAW FIRM LLP |
| 2 | L. Scott Karlin (SBN 90605) |
|   | David E. Karlin (SBN 275905) |
| 3 | Michael J. Karlin (SBN 272442) |
| 4 | Rex T. Reeves (SBN 136842) |
| 5 | Dan T. Danet (SBN 303521) |
|   | 13522 Newport Avenue, Suite 201 |
| 6 | Tustin, California 92780 |
| 7 | Telephone: (714) 731-3283 |
|   | Facsimile: (714) 731-5741 |
| 8 | scott@karlinlaw.com |
| 9 | david@karlinlaw.com |
|   | mike@karlinlaw.com |
| 10 | rex@karlinlaw.com |
| 11 | dan@karlinlaw.com |

**Attorneys for Defendants:**
Earls Christopher D/B/A Bigg Daddy Blades
Willie L. Davis

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**EARLS CHRISTOPHER D/B/A BIGG DADDY BLADES; WILLIE L. DAVIS, AS TRUSTEE OF THE DAVIS FAMILY TRUST; and DOES 1 to 10,**<br><br>　　　　Defendants. | Case No.: 2:24−cv−05034−WLH−AGR<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days**<br>(*L.R. 8-3*)<br><br>**Complaint served**: July 8, 2024; July 19, 2024<br>**Current response dates**: July 29, 2024; August 9, 2024<br>**New response date**: August 28, 2024 |

1

The following stipulation is entered into by and between Plaintiff Jeremy Holland (referred to hereinafter as "Plaintiff"), and Defendants Ears Christopher D/B/A Bigg Daddy Blades and Willie L. Davis (referred to hereinafter individually and collectively as "Defendant"), in this action (collectively referred to herein as "Parties"), by and through their respective counsel of record.  The Parties hereby enter into the following stipulation:

1.  Plaintiff agrees to give Defendant an extension to respond to the Complaint.

2.  The original due date to respond to the Complaint is July 29, 2024 for Defendant Willie L. Davis.

3. The original due date to respond to the Complaint is August 9, 2024 for Defendant Earls Christopher D/B/A Bigg Daddy Blades.

4.  It is now agreed and stipulated that the new response due date for Defendant Earls Christopher D/B/A Bigg Daddy Blades and Defendant Willie L. Davis shall be August 28, 2024.

Good cause exists for this extension as defense counsel has just been retained for this case and requires time to become knowledgeable about the case to prepare an initial pleading.  Furthermore, the Parties have already discussed informal resolution.

Accordingly, the Parties stipulate to the above.
**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | DATED: July 26, 2024 | **SO. CAL. EQUAL ACCESS GROUP** |
| 2 | | |
| 3 | | By: /s/ *Jason J. Kim* |
| 4 | | Jason J. Kim, Esq. |
| 5 | | Attorney for Plaintiff, **Jeremy Holland** |
| 6 | DATED: July 26, 2024 | **THE KARLIN LAW FIRM LLP** |
| 7 | | |
| 8 | | By: /s/ *Dan T. Danet* |
| 9 | | Dan T. Danet, Esq. Attorney for Defendants, |
| 10 | | **Earls Christopher D/B/A Bigg Daddy Blades** |
| 11 | | **Willie L. Davis** |

I, Dan T. Danet, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

/s/ *Dan T. Danet*